**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**INTERSTATE FIBERNET, INC.**                                            **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 4:02cv113LN**

**SIXTY-THREE (63) PARCELS OF REAL**                   **DEFENDANTS**
**PROPERTY, et al.**

**FINAL JUDGMENT**

This cause came on for consideration by the consent of all remaining parties for the entry of

judgment pursuant to their settlement, and this Court having previously amended the complaint by

order of December 4, 2006, so as to dismiss from this litigation Jane McKibbon and her property,

and having entered default judgment against certain defendants on February 26, 2007, and being

advised that all remaining parties have completed the steps necessary to effect the settlement

previously described to the Court in plaintiff's motion of June 30, 2006, and being fully advised in

the premises,

  IT IS THEREFORE

  ORDERED AND ADJUDGED that the default judgment entered February 26, 2007, against

the Unknown Heirs of Warner Gilmore, the Unknown Heirs of Webb Simmons, Argell B. Jones, the

Unknown Heirs of Dan Evans, Jr., the Unknown Heirs of Ervin Gilmore a/k/a Irvin Gilmore, the

Unknown Heirs of Willie B. Gilmore, the Unknown Heirs of Viola Simmons Davis, the Unknown

Heirs of Edd Trotter, the Unknown Heirs of John Cagle, the Unknown Heirs of Lula Mae Smith, the

Unknown Heirs of James Thigpen, the Unknown Heirs of Anna Trotter, and the Unknown owners

having or claiming an interest in one or more of the parcels described in the complaint, with the

exception of Parcel No. 43, should be and hereby is incorporated herein by reference and reaffirmed.

It is further

ORDERED AND ADJUDGED that all other claims of the parties should be and hereby are

dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 2nd day of March, 2007.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE


AGREED AND APPROVED:

/s/Michael B. Wallace
MICHAEL B. WALLACE (MSB #6904)
Wise Carter Child & Caraway
Post Office Box 651
Jackson, MS 39205-0651
401 East Capitol Street, Suite 600
Jackson, MS 39201
601-968-5534
Fax: 601-968-5519

ATTORNEY FOR INTERSTATE FIBERNET, INC.


/s/ C. Victor Welsh, III
C. Victor Welsh, III
Crymes G. Pittman
Pittman, Germany, Roberts and Welsh, LLP
410 South President Street
Post Office Box 22985
Jackson, MS 39225-2985

Eugene C. Thach, Jr.
110 South Oak Street
Heidelberg, MS 394639

ATTORNEY FOR PLAINTIFFS